JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
claire.cormier@usdoj.gov

Attorneys for Plaintiff
United States of America

**E-Filed 5/6/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROBERT C. CHASE; and BURTON PAUL ) <br> CAMENZIND, ) <br> ) <br> Defendants. ) <br> ) | No. C09-03128 JF <br><br> [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

Pursuant to the administrative motion filed by plaintiff United States of America, and good cause appearing, IT IS HEREBY ORDERED that the currently ordered schedule for the initial case management conference and related deadlines for this case is VACATED. The initial case management conference is hereby continued to August 27, 2010. Other deadlines in the Order Setting Initial Case Management Conference are continued accordingly.

IT IS SO ORDERED.

DATED: 5/6/2010, 2010

_____
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE

C09-03128 JF
[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE