**E-Filed 8/17/2010**

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT C. CHASE; and BURTON PAUL CAMENZIND,<br><br>    Defendants. | No. C09-03128 JF<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES |

    Pursuant to the administrative motion filed by plaintiff United States of America, and good cause appearing, IT IS HEREBY ORDERED that the currently ordered schedule for the initial case management conference and related deadlines for this case is VACATED. The initial case management conference is hereby continued to November 5, 2010. Other deadlines in the Order Setting Initial Case Management Conference are continued accordingly.

    IT IS SO ORDERED.

DATED: _August 17_, 2010

                                               JEREMY FOGEL
                                               UNITED STATES DISTRICT COURT JUDGE