MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT C. CHASE; and BURTON PAUL CAMENZIND,<br><br>    Defendants. | No. C09-03128 JF<br><br>STIPULATION TO MEDIATION AND [PROPOSED] ORDER |

    Pursuant to ADR Local Rule 3-5(c), the parties to the above-entitled action hereby stipulate and request that the Court refer this case to the Court's mediation program.

                                        Respectfully submitted,

DATED: October 28, 2010         MELINDA HAAG
                                        United States Attorney

                                        /s/ Claire T. Cormier
                                        CLAIRE T. CORMIER[1]
                                        Assistant United States Attorney

DATED: October 28, 2010         PROUT • LEVANGIE

                                        /s/ Dann S. DeMund
                                        DANN S. DeMUND
                                        Attorney for Defendant Burton Camenzind

---

    [1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, this case is hereby referred to the Court's mediation program.  **IT IS SO ORDERED.**

DATED: 11/3 , 2010

_____
JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE