MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   claire.cormier@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C09-03128 JF |
|    Plaintiff, ) | |
|   v. ) | NOTICE OF SETTLEMENT AND STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER |
| ROBERT C. CHASE; and BURTON PAUL ) CAMENZIND, ) | |
|    Defendants. ) | |

   The parties to this action, through their counsel of record, hereby notify the court that the parties have reached a settlement in principle.  Counsel are in the process of documenting the settlement.  Accordingly, the parties hereby STIPULATE AND REQUEST that the Court vacate the upcoming case management conference, currently scheduled for February 4, 2011.

                            Respectfully submitted,

DATED: January 28, 2011          MELINDA HAAG
                                     United States Attorney

                                     /s/ Claire T. Cormier
                                   CLAIRE T. CORMIER[1]
                                   Assistant United States Attorney

---

   [1]  I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

1
2  DATED: January 28, 2011                    PROUT • LEVANGIE

3                                             /s/ Dann S. DeMund
   _____
4                                             DANN S. DeMUND
                                              Attorney for Defendant Burton Camenzind
5
                            [PROPOSED] ORDER
6
        Pursuant to the stipulation of the parties, **IT IS SO ORDERED.**
7
8
9  DATED: __1/31_____, 2011
10                                            JEREMY FOGEL
                                              UNITED STATES DISTRICT COURT JUDGE
11