**E-Filed 5/18/2011**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>     v.<br><br>ROBERT C CHASE; and BURTON PAUL CAMENZIND,<br><br>           Defendants. | Case No. 05:09-cv-3128-JF<br><br>ORDER[1] EXTENDING THE PERIOD TO REACH FINAL SETTLEMENT |

On February 2, 2011, the Court entered an order of dismissal based on a notice from the parties that they had reached a settlement in principle.  The order stated that if any party were to advise the Court within ninety days that the agreed consideration had not been delivered, the Court would vacate the order of dismissal.  In the interim, Defendant Robert Chase died, complicating the process of obtaining the necessary releases to finalize the written settlement.  Accordingly, the Court will extend the period for the parties to finalize their written settlement by an additional ninety (90) days.

**IT IS SO ORDERED.**

DATED: May 17, 2011

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No.  05:09-cv-3128 JF
ORDER EXTENDING THE PERIOD TO REACH FINAL SETTLEMENT
(JFLC3)