**E-Filed 8/15/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>ROBERT C. CHASE, et al.,<br><br>               Defendant. | Case Number 5:09-cv-03128-JF (PSG)<br><br>ORDER EXTENDING FOR A SECOND TIME THE PERIOD TO REACH FINAL SETTLEMENT |

On February 2, 2011, the Court signed an order of dismissal[1] following notice from the parties that they had reached a settlement in principle. The order stated that if any party were to advise the Court within ninety days that the agreed consideration had not been delivered, the Court would vacate the order of dismissal. Subsequently, Defendant Robert Chase died, complicating the process of obtaining the necessary releases to finalize the written settlement. On May 18, 2011, the Court extended the period for the parties to finalize their written settlement by an additional ninety (90) days.

On July 29, 2011, the United States notified the Court that the settlement had not yet been finalized but that "the parties will be able to finalize a settlement in the near future." Notice at 1

---

[1] The Order was filed on February 11, 2011.

1  (dkt entry 32).  Accordingly, the Court will extend the period to reach final settlement an
2  additional ninety days from the date of this order.
3        IT IS SO ORDERED.
4
5  DATED: 8/12/2011        _____
6                       JEREMY FOGEL
                     United States District Judge

Case No. 5:09-cv-03128-JF (PSG)
ORDER EXTENDING FOR A SECOND TIME THE PERIOD TO REACH FINAL SETTLEMENT
(JFLC2)